# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>                    v.<br><br>ISRAEL GOMEZ (1),<br><br>                          Defendant. | Case No. 15CR2518-H<br><br>Booking No. 02745-298<br><br>JUDGMENT AND<br>ORDER OF DISMISSAL |

Based upon the motion of the United States, the Court grants the government's motion to dismiss without prejudice the Indictment in the above entitled case against defendant Israel Gomez. The defendant is hereby discharged and the bond is hereby exonerated as to this case only.

IT IS SO ORDERED AND ADJUDGED.


Dated:  January 20, 2016

HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE